UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ERLEN DE OLIVEIRA ALVES                                    PETITIONER

VERSUS                              CIVIL ACTION NO. 5:26-CV-157-DCB-RPM

RAFAEL VERGARA et al                                      RESPONDENTS

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*.  Local counsel for Petitioner, Assma A. Ali, has

filed a Petition for Writ of Habeas Corpus in this case and several other cases where an applicant

seeking pro hac admission has, before application, included his or her name, signature, and office

address on the petition.  The Local Rules provide that a PHV "application ordinarily should be

granted unless the court finds reasons to believe that: the applicant had, before application, filed

or appeared in the federal court without having secured approval under these rules."  L.U. Civ. R.

83.1(d)(7)(E).

"The Court recognizes that as a practical matter, attorneys often file the complaint with his or

her name listed and noting that a motion to be admitted will be filed."  *Reech v. Sullivan*, No. 3:18-

CV-35-HSO-LRA, 2018 WL 1698303, *3 (S.D. Miss. Apr. 5, 2018).  However, "[t]he Mississippi

Supreme Court has clearly stated that a counsel's name and office address appearing on a pleading

constitutes an appearance under Mississippi law."  *Isom v. Valley Forge Ins. Co.*, No. 2:16-CV-

109-KS-MTP, 2016 WL 4183315, *2 (S.D. Miss. Aug. 5, 2016), *aff'd*, 716 F. App'x 280, 288 (5th

Cir. 2017).  Indeed, "a foreign attorney will be deemed to have made an appearance in a Mississippi

lawsuit if the foreign attorney signs the pleadings or allows his or her name to be listed on the

pleadings."  *In re Williamson*, 838 So.2d 226, 235 (Miss. 2002); *see also* M.R.A.P. 46(b)(1)(ii)

("'Appearance' shall include the appending or allowing the appending of the foreign attorney's name on any pleading or other paper filed or served[.]").  By allowing his or her name to be included on the petition, the applicant makes "an unauthorized appearance under Mississippi law." *Clayton v. City of Oxford, Miss.*, No. 3:21-CV-174-GHD-JMV, 2021 WL 4699182, *2 (N.D. Miss. Oct. 7, 2021).

This Court previously entered an Order in a separate case admonishing local counsel for this issue.  *Garcia-Gonzalez v. Vergara*, Order [4], Civil Action No. 5:26-CV-48-DCB-RPM (S.D. Miss. Feb. 19, 2026).  Since then, local counsel has continued to file petitions in cases where an applicant seeking pro hac admission has, before application, included his or her name, signature, and office address on the petition.  As such, the Court requires local counsel for Petitioner to respond to this Order addressing this matter.

IT IS THEREFORE ORDERED that, **on or before April 2, 2026**, local counsel for Petitioner, Assma A. Ali, shall file a response to this Order showing good cause, if any, why petitions continue to be filed in contravention of this Court's previous Order.  *See Garcia-Gonzalez v. Vergara*, Order [4], Civil Action No. 5:26-CV-48-DCB-RPM (S.D. Miss. Feb. 19, 2026).

SO ORDERED AND ADJUDGED, this the 19th day of March 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE